AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Raquel Y. Gordon
Plaintiff

V.

Carlos Gutierrez, et al. (SPTO)
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05 1926

I, Raquel Y. Gordon _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. June 8, 2005 when I went on leave without pay status. I took home $2500/bi-week, but my expenses exceeded that due to loans and debt. I exhausted my savings June through Sept 2005.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☒ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. I received a loan from my mother in the amount of $1500 to help pay my September 2005 bills and medical expenses. I may get some money from my mother and brother in October, but for mortgage only ($1147.00) 2

RECEIVED
U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

2005 SEP 19 PM 7: 00

NANCY M.
MAYER-WHITTINGTON
CLERK

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.  $593

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value. My car is a 1995 Mazda protege with 160k miles. I own 1 car. I have a mortgage which my mother and brother said they may be able to loan me money for. I have 1 business which have been closed since April when I started becoming sick. However, the businesses never generated salary/income for me because of the overhead and expenses. I have been too sick to work regularly or steadily since time.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   NONE. However, I have a grandmother living in Georgia who I have to assist from time to time though she is not a "dependent" legally, I have had to buy her medications, etc, and pay for my travel expenses to and from Georgia.

I declare under penalty of perjury that the above information is true and correct.

6/19/2005                           [signature]
Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____    _____ <br> United States Judge        Date | Colleen Kollar-Kotelly    9/27/05 <br> United States Judge        Date |