IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Clerk of the Court
333 Constitution Ave., NW
Washington, DC 20001

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Raquel Y. Gordon<br>        Plaintiff, Pro Se,<br><br>v.<br><br>CARLOS GUTIERREZ, Secretary<br>DEPARTMENT OF COMMERCE,<br><br>HOWARD GOLDBERG, Individual,<br><br>MARGARET FOCARINO, Individual,<br><br>NANCY LE, Individual<br><br>JOHN BARLOW, Individual,<br><br>        Defendant. | 05 1926<br><br>Case No: Case No. NOT YET ASSIGNED<br><br>**MOTION FOR APPOINTMENT OF COUNSEL AND REQUEST TO WAIVE PAYMENT OF FEES, COST AND OTHER SECURITY** |

Now comes Plaintiff and moves this Court to appoint counsel for her. The reasons for this Motion are more fully set forth below.

1. Plaintiff is suffering from a serious, work-related stress and anxiety disorder, caused by a perception of discrimination, a hostile work environment and adverse experiences in the environment, and is currently under a physician's care.

2. On or about on June 7, 2005, Plaintiff was diagnosed with <u>Major Depression, Single Episode Severe</u> and <u>Anxiety Disorder Not Otherwise Specified</u> and rendered totally disabled.

3. Plaintiff unexpectedly had to apply for leave without pay (LWOP) on June 8, 2005 in order to deal with her emotional disorders causing her savings to be depleted and her financial resources to quickly approach insolvency.

4. On or about on June 21, 2005, Plaintiff was further diagnosed with, *inter alia*, <u>Post-Traumatic Stress Syndrome</u>.

5. Plaintiff received no notice from the Agency that she was terminated until August 20, 2005, after hearing a voicemail left in Plaintiff's EEO representative's mailbox by Agency HR Specialist Kelly Hensley, one of the alleged

    discriminating officials causing Plaintiff's perception of a hostile work environment.

6. On August 20, 2005, upon hearing the voicemail message, Plaintiff's stress and anxiety condition was exacerbated causing heart-attack-like symptoms such as shortness of breath, tightness in her chest, left arm, and back, proximately causing Plaintiff to collapse and fall unconscious.

7. Upon collapsing and falling unconscious, Plaintiff sustained head trauma.

8. Upon coming to, Plaintiff, still in a confused state, was able to call 911 wherein a rescue unit came to her residence, and rushed her by ambulance to Fort Washington Medical Hospital.

9. Plaintiff was treated for "Syncope Anxiety" and was put on "concussion watch."

10. Plaintiff's stress, anxiety and depression related conditions prohibit her from working long hours, negatively affects her sleep patterns and concentration levels, and continue to impose stress and strain on her fragile state of health.

11. The issues in this case are very time-consuming, detailed, and complex.

12. Having to represent herself in this matter heightens the level of stress and strain, and exacerbates Plaintiff's ailments in an unhealthy, life-threatening manner and in a manner in which she cannot represent herself effectively.

13. For the aforementioned reasons, Plaintiff requests that the Complaint filed herewith may be filed without payments of fees, costs, or other security.

For these reasons, Plaintiff requests for appointment of counsel and waiver of fees and costs, or other security.

_____
Raquel Y. Gordon, Pro Se
6332 Southlake Court
Bryans Road, MD 20616
301-283-6251

## ORDER OF COURT

Request for Relief requested above is _____.

Signed: _____    Date: _____
    Judge of Court