UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAQUEL Y. GORDON, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>CARLOS GUTIERREZ, )<br>　　Secretary of Commerce, *et al.*, )<br>)<br>　　　　Defendants. ) | Civil Action No.: 05-1926-RBW |

**NOTICE OF APPEARANCE**

The clerk will kindly enter the appearance of Assistant United States Attorney Alan Burch as counsel for Defendant, Carlos Gutierrez, Secretary of Commerce, in this case.

November 30, 2005　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, D.C. Bar # 451058
　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　ALAN BURCH, D.C. Bar # 470655
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7204
　　　　　　　　　　　　　　　　　　alan.burch@usdoj.gov

**Certificate of Service**

    I hereby certify that a copy of the foregoing Notice of Appearance has been served upon *pro se* plaintiff by first class mail addressed to:

    Raquel Y. Gordon
    6332 Southlake Court
    Bryans Road, MD 20616

on this 30th day of November, 2005.

                                          ALAN BURCH, D.C. Bar # 470655
                                          Assistant United States Attorney
                                          555 4th St., N.W.
                                          Washington, D.C. 20530
                                          (202) 514-7204
                                          alan.burch@usdoj.gov