UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAQUEL Y. GORDON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1926-RBW |
| ) | |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ, ) | |
| Secretary of Commerce, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S FIRST MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Carlos Gutierrez, U.S. Secretary of Commerce, respectfully moves to enlarge time for all defendants to file an answer or otherwise respond to the complaint in this case. Plaintiff filed this case *pro se*, seeking relief under numerous statutory provisions, including *inter alia* Title VII, the Federal Tort Claims Act, and the Privacy Act. Her complaint names several government employees in their individual capacity. Accordingly, these officials have requested representation by the Department of Justice for their individual interests, pursuant to 28 C.F.R. § 50.15. These requests are still pending, and until and unless they are approved, this Office cannot represent their individual interests. Nevertheless, it appears that the defendants will likely have similar defenses and, therefore, the interests of judicial economy favor all defendants filing one combined response to the complaint. (At this point, it appears that defendants will likely file a dispositive motion rather than an answer.) For these reasons, Defendant requests that the Court reset the deadline for all defendants to respond to the complaint to January 6, 2006.

The current deadline is Monday, December 5, 2005. Defendant did not file this motion

earlier because the status of the requests for representation was not known, despite earlier inquiry, until yesterday evening. Until this last inquiry, it appeared that the requests would be acted upon soon, but that no longer appears to be the case. The officials assigned to consider the matter, at Federal Programs Branch of the Department of Justice Headquarters, indicated that she did not know how long it would take, due to the need for further inquiry.

Local Rule 7(m) does not require counsel to consult with *pro se* parties regarding non-dispositive motions. Although it is the policy of this Office to attempt nonetheless to confer with *pro se* litigants, Plaintiff's phone number is not available from the docket sheet or the pages of her (apparently incomplete) complaint.

December 1, 2005                                  Respectfully submitted,


                                                  _____
                                                  KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                                  United States Attorney


                                                  _____
                                                  R. CRAIG LAWRENCE, D.C. Bar # 171538
                                                  Assistant United States Attorney


                                                  _____
                                                  ALAN BURCH, D.C. Bar # 470655
                                                  Assistant United States Attorney
                                                  555 4th St., N.W.
                                                  Washington, D.C. 20530
                                                  (202) 514-7204
                                                  alan.burch@usdoj.gov

**CERTIFICATE OF SERVICE**

     I certify that the foregoing Defendant's First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>Raquel Y. Gordon
>6332 Southlake Court
>Bryans Road, MD 20616

on this 1st day of December 2005.

>_____
>ALAN BURCH, D.C. Bar # 470655
>Assistant United States Attorney
>555 4th St., N.W.
>Washington, D.C. 20530
>(202) 514-7204
>alan.burch@usdoj.gov