UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAQUEL Y. GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, )<br>Secretary of Commerce, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-1926-RBW |

**ORDER**

UPON CONSIDERATION of Defendant's First Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that all defendants shall file their answer or otherwise respond to the complaint by January 6, 2006.

So ordered, this _____ day of _____, 2005.

_____
REGGIE B. WALTON
United States District Judge