UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAQUEL Y. GORDON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1926-RBW |
| ) | |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ, ) | |
| Secretary of Commerce, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S SECOND MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Carlos Gutierrez, U.S. Secretary of Commerce, respectfully moves to enlarge time for all defendants to file an answer or otherwise respond to the complaint in this case. Plaintiff filed this case *pro se*, seeking relief under numerous statutory provisions, including *inter alia* Title VII, the Federal Tort Claims Act, and the Privacy Act. The current deadline is Friday, January 6, 2006, and Defendant requests an additional three days, resulting in a new deadline of January 11, 2006.

This brief extension is needed for two reasons. First, because Plaintiff names several government employees in their individual capacity, these officials have requested representation by the Department of Justice for their individual interests, pursuant to 28 C.F.R. § 50.15. These requests are still pending, and until and unless they are approved, this Office cannot represent their individual interests. It appears that a decision on these requests is imminent, so only a brief delay is called for. Second, the necessary attorneys in the Patent and Trademark Office's general counsel office are unavailable for final review of Defendant's motion, and so

Defendant requests additional time.

Defendant did not file this motion earlier because the status of the requests for representation was not known, despite earlier inquiry, until today, and similarly, the unavailability of the agency's legal personnel was not known until late this week.

Local Rule 7(m) does not require counsel to consult with *pro se* parties regarding non-dispositive motions.  Although it is the policy of this Office to attempt nonetheless to confer with *pro se* litigants, Plaintiff's phone number is not available from the docket sheet or the pages of her (apparently incomplete) complaint.  Nevertheless, the undersigned did attempt to call Plaintiff at 301-375-9055, but was unable to determine if this is a viable number for her, having last month received the recording that the number was temporarily disconnected and today receiving nothing but busy signals.

January 5, 2006                                   Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing Defendant's Second Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint was served upon *pro se* plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> Raquel Y. Gordon
> 6332 Southlake Court
> Bryans Road, MD 20616

on this 5th day of January 2006.

_____
ALAN BURCH, D.C. Bar # 470655
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7204
alan.burch@usdoj.gov