UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RAQUEL Y. GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 05-1926-RBW |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS GUTIERREZ, | ) | |
| Secretary of Commerce, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Second Motion to Enlarge Time to File

Answer or Otherwise Respond to Complaint, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that all defendants shall file their answer or otherwise respond to

the complaint by January 11, 2006.

So ordered, this _____ day of _____, 2005.


_____
REGGIE B. WALTON
United States District Judge