## DECLARATION OF JAMES J. MATTHEWS

I, **JAMES J. MATTHEWS**, base this declaration on my personal knowledge and belief and hereby declare under penalty of perjury as follows:

1. I am the Director of the Office of Human Resources at the United States Patent and Trademark Office (USPTO or Agency). I have held this position since I was hired by the Agency on February 7, 2005. I am responsible for the management of the USPTO Office of Human Resources.

2. Throughout my tenure at the USPTO, its principal office has been located in Alexandria, Virginia. The Agency occupies approximately two million square feet of office space in Alexandria, Virginia, including approximately six clustered buildings. The USPTO moved to its current location in phased stages beginning in late 2003. Prior to moving to Alexandria, Virginia, the Agency had been located in Arlington, Virginia, where a small number of USPTO employees are still located.

3. I have read the Complaint filed by Raquel Y. Gordon in United States District Court for the District of Columbia, Civil Action No. 1:05cv01926, noting that pages 11, 12, 15 and 18 are missing from the Complaint. The Agency's offices have been located in Arlington, Virginia, or in Alexandria, Virginia, during the time-period in which all of the alleged events took place.

4. The office of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office, Mr. Jon W. Dudas, is

located in the USPTO offices in Alexandria, Virginia, from where he manages the USPTO and carries out his official duties.

5. Also located at USPTO headquarters in Alexandria, Virginia, are the offices of Ms. Nancy Le, Mr. John Barlow, Mr. Howard Goldberg and Ms. Margaret Focarino.

6. USPTO Technology Center 2800/Art Unit 2853, where Ms. Raquel Y. Gordon was assigned during the events in question, is located in the Agency's principle offices in Alexandria, Virginia, and had previously been located in Arlington, Virginia.

7. Functions located at USPTO's headquarters in Alexandria, Virginia, and previously located in Arlington, Virginia, further include the Agency's personnel office, where hiring, removal, pay, bonus, and other personnel decisions are made and personnel records are maintained. When an employee leaves the agency and does not go to another government agency, the USPTO forwards the employee's personnel records to the National Personnel Records Center in St. Louis, Missouri.

8. The USPTO Office of General Counsel, whose employees represent the Agency in judicial and administrative employment litigation, and where employment litigation records are created and maintained, is also located in the Agency's Alexandria, Virginia, offices.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read this Declaration and that the same is true and correct.

Executed this ___1___ day of December 2005.

*[signature]*
James J. Matthews
Director
Office of Human Resources
U.S. Patent and Trademark Office