

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 1, 2005

Raquel Y. Gordon
6332 Southlake Court
Bryans Road, MD 20616

Re:   **Raquel Gordon v. Carlos Gutierrez, et al.**
         Civil Action No.: 05-1926-RBW

Dear Ms. Gordon:

   I represent the U.S. government and its agencies in the lawsuit you recently filed. Unfortunately, the complaint you filed with the U.S. District Court appears incomplete. Specifically, there are no pages numbered 11, 12, 15, or 18. The other pages indicated that there are 20 total pages, but only 16 appear in the copy you filed with the Court. Accordingly, please file a complete version with the Court and send me a complete copy at the address above. If you have any questions, you may call me at (202) 514-7204. Thank you.

                                                             Sincerely,

                                                             KENNETH L. WAINSTEIN
                                                             United States Attorney

                                     By:   _____
                                                             Alan Burch
                                                             Assistant United States Attorney