UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RAQUEL Y. GORDON, | ) | |
| Plaintiff, | ) ) ) | Civil Action No.: 05-1926-RBW |
| v. | ) ) ) | |
| CARLOS GUTIERREZ,<br>Secretary of Commerce, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss or in the Alternative for More Definite Statement and to Transfer, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that this case is dismissed for improper venue, pursuant to Rule 12(b)(3), and on the alternative grounds for insufficiency of process and insufficiency of service of process, pursuant to Rule 12(b)(4) & (5).

So ordered, this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge