UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raquel Y. Gordon, Pro Se ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1926-RBW |
| ) | |
| v. ) | DATE: January 23, 2006 |
| ) | |
| Carlos Gutierrez, ) | FIRST MOTION FOR AN |
| Secretary of Commerce, *et al.*, ) | ENLARGEMENT OF TIME and |
| ) | SECOND MOTION FOR |
| Defendants. ) | APPOINTMENT OF COUNSEL, AND |
| ) | REQUEST TO WAIVE PAYMENT OF |
| ) | FEES, COSTS, AND OTHER SECURITY |

Now comes the Plaintiff, Pro Se, to timely move for a motion for an enlargement of time to respond to Defendant's *Motion to Dismiss or in the Alternative For More Definite Statement and to Transfer*.

Plaintiff's response is due January 23, 2006[1]. However, Defendant has raised multiple motions for lack of venue under various cases, rules, and codes for each of several causes of action raised by Plaintiff. Further, Defendant has raised insufficiency of service and insufficiency of process as a defense.

Defendant was granted two motions for the enlargement of time in order to draft its Reply totaling to approximately 37 days of expanded time to respond. Likewise, due to the complex nature of the issues, Plaintiff requires at least an additional twenty (20) days, until February 12, 2006 in which to be able to provide a complete response.

Further, now comes the Plaintiff to move this Court to grant Appellant's *Motion for Appointment of Counsel and Request to Waive Payment of Fees, Costs, and Other Security* initially filed September 19, 2005.

Respectfully Submitted,

*[signature]*

Raquel Y. Gordon
6332 Southlake Court
Bryans Road, MD 20616
TEL: 301-283-6251

---

[1] Defendant's Motion was mailed on January 11, 2006, making Plaintiff's response due on a day which fell on a weekend. The next business day is January 23, 2006. Hence, it is believed this request is timely submitted.

RECEIVED
JAN 23 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

This is to certify the other party was served with the *FIRST MOTION FOR AN ENLARGEMENT OF TIME and SECOND MOTION FOR APPOINTMENT OF COUNSEL, AND REQUEST TO WAIVE PAYMENT OF FEES, COSTS, AND OTHER SECURITY* on the date indicated in the following manner:

(Via First Class Mail)
Alan Burch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____          _____1/23/2006_____
Raquel Y. Gordon                                                    Date