UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raquel Y. Gordon, | ) |
| Plaintiff, | ) Civil Action No. 05-1926-RBW |
| v. | ) DATE: February 17, 2006 |
| Carlos Gutierrez, Secretary of Commerce, *et al.*, | ) |
| Defendants. | ) |

## Request for Sanctions

Now comes the Plaintiff, Pro Se, to timely move for a motion for sanctions against Opposing Counsel.

## Facts

1. The Opposing Counsel proffered an affidavit by James J. Matthews.

2. James J. Matthews became the Director of the Office of Human Resources at the United States Patent and Trademark Office on February 7, 2005.

3. In items 3, 6, and 7, Mr. Matthews makes statements regarding the previous USPTO's previous Arlington, Virginia location of which he has no personal knowledge.

4. Further, Mr. Matthews makes statements regarding Plaintiff's assignment during "the events in question" of which he has no personal knowledge.

## Standard of Law and Arguments

Affidavits submitted must be based on personal knowledge to support dispositive actions. <u>Manildra Milling Corp. v. Ogilvie Mills, Inc.</u>, 717 F. Supp. 759 (D. Kan. 1989). Hence, in this case, it is a violation of FRCP Rule 11(b) to proffer an affidavit not based on personal knowledge.

Mr. Matthew's Affidavit is improper since it is impossible for Mr. Matthews to have personal knowledge of events that happened as far back as 2001 in Arlington, Virginia, when he started working at USPTO in February 7, 2005 at its Alexandria, Virginia location. These actions are extremely prejudicial to Plaintiff.

It follows, it is proper to sanction Attorney's for Rule 11(b) violations in this instance for reasonable costs, attorney's fees, and/or monetary awards.

## Conclusion

It is requested sanctions be made immediately in an amount to deter opposing counsel from such unbecoming behavior in future and to make Plaintiff whole.

Respectfully Submitted,

_Raquel Y. Gordon_  
Raquel Y. Gordon  
6332 Southlake Court  
Bryans Road, MD 20616  
TEL: 301-283-6251

2/17/2008  
Date

## CERTIFICATE OF SERVICE

This is to certify the other party was served with the *Request For Sanctions* on the date indicated in the following manner:

**(Via Facsimile)**
Alan Burch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Fax: 571-272-7009

/s/ Raquel Y. Gordon                     2/17/2006
Raquel Y. Gordon                          Date

## UNITED STATES PATENT AND TRADEMARK OFFICE

GENERAL COUNSEL

December 2, 2005

**VIA FIRST CLASS MAIL & FACSIMILE**

Alan Burch, Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, DC 20001
Fax: (202) 514-8780

RE:  **Raquel Y. Gordon v. U.S. Patent and Trademark Office**
     Civil Action No. 05-1926

Dear Mr. Burch:

Enclosed herewith please find the *Declaration of James J. Matthews* for the above-referenced case.

If you have any questions, please contact Sharyn Danch at (571) 272-7009.

Very truly yours,

Tawanda M. Plater
Paralegal Specialist

Enclosure
cc: Raquel Gordon (via First Class Mail, postage prepaid)