# SUPPLEMENTAL DECLARATION OF

# JAMES J. MATTHEWS

I, **JAMES J. MATTHEWS**, base this supplemental declaration on my personal knowledge and belief and hereby declare under penalty of perjury as follows:

1. As the Director of the Office of Human Resources (OHR) at the United States Patent and Trademark Office (USPTO or Agency), I am responsible for the management of the USPTO Office of Human Resources. Specifically, my duties include oversight of workforce management, strategic human capital initiatives, employee relations, labor relations, pay, training, and OHR automated systems.

2. When I began to work at USPTO on February 7, 2005, the Agency's principal office, including the Office of Human Resources, was located at Crystal City, in Arlington, Virginia. Thus, I am aware that hiring, removal, pay, bonus and other personnel decisions were made, and related documentation maintained, in Arlington, Virginia, at that time.

3. I have reviewed the Agency's Annual Report for Fiscal Year 1967 which documents that the Agency moved from a location in Washington, D.C., to Arlington, Virginia, during fiscal years 1967 and 1968, a copy of which is attached.

4. The Office of Human Resources moved to the new Alexandria, Virginia, campus in April 2005, as part of the Agency's relocation.

5. The phased move of the Agency's Patents workforce from Crystal City to Alexandria, Virginia, began prior to my employment at USPTO and continued after I began to work at the Agency.

6. I am aware that Ms. Gordon had worked for USPTO in the Agency's Arlington, Virginia, offices since she was hired on April 18, 1994. I have determined this by reviewing documentation in Ms. Gordon's Official Personnel File (OPF). OPF's of USPTO employees are compiled and maintained in the Office of Human Resources and I have access to these documents in the course of business.

7. Ms. Gordon's OPF documents that Ms. Gordon was assigned to Technology Center 2800 during, in part, 2004 and 2005.

8. I have reviewed official Agency documents that state that Technology Center 2800 was moved to the new Alexandria, Virginia, offices between January 1, 2004, and February 11, 2004.

9. I am familiar with the subject matter of this litigation through my reading of the complaint filed by the Plaintiff and, from that document, am aware that Ms. Gordon's complaint refers to allegedly discriminatory Agency actions occurring as early as December 1997.

2

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that I have read this Declaration and that the same is true and correct.

Executed this __2__ day of March 2006.

James J. Matthews
Director
Office of Human Resources
U.S. Patent and Trademark Office

# Commissioner's Annual Report
# Fiscal Year 1967

## Functions

The Patent Office administers the patent laws enacted by the Congress in accordance with Article I, Section 8, of the Constitution, and the Federal trademark laws. In discharging the responsibilities relating to patents, applications are examined and grants made when the applicant is entitled to a patent under the law; patented matter is published and disseminated; assignments of patents are recorded; search files of U.S. and foreign patents and a Scientific Library are maintained for public use; and copies of patents and official records are supplied to the public. Similar functions are performed relating to trademarks.

## Patent Examining Operations

During fiscal 1967, 97,000 patent applications were disposed of as compared with 91,000 in fiscal 1966. For the first 3 years of the Office's "streamlined examining program," an average of 97,000 disposals per year has been obtained, a figure far in excess of the annual average of 77,500 for the 10 years preceding commencement of the program. Disposals are expected to exceed 100,000 in fiscal 1968. There were 89,000 patent applications filed during the year, compared to 93,000 (a record) the previous year. At year's end, the backlog of pending applications stood at 201,000 compared with 209,000 at the end of the previous year. The approximately 7 percent increase in disposals during the year was attained with no appreciable change in examiner staffing.

A number of steps have been taken to speed the examining process. Form letters have been developed for recurring situations, reducing typing and examiner time applied to individual cases. A new format for submission by an applicant of amendments to claims eliminates substantial amounts of hand entry by clerks and results in quicker analysis by the examiner of the changes in the claims.

The typing of multiple carbon copies of examiner's actions has been eliminated, speeding up typing and handling; applicants are furnished much more legible Xerographic-process copies which truly are a duplicate of the ribbon copy.

During the year, a quality audit program was designed and, after a 3-month trial run, instituted as a continuing operation. The program measures quality in three essential areas: patentability in view of the prior art and of nonart defects such as utility and adequate disclosure; adherence to policy and program in examining practice and procedure; and accuracy of classification and field of search. Thresholds for satisfactory performance in various areas are used to trigger a supervisory review of work below the threshold value.

A new system for reporting Patent Examiner activities and workload inventories during the year was made fully operational. The system provides management with more significant information which is more readily usable in the decision making process.

### Patent Services

New procedures were instituted in the Reference Order Center for reproducing examiner-supplied copies of foreign patents, books and technical literature in lieu of accessing such reference material from a central repository. This eliminates a tedious and intricate operation of ordering, pulling, copying, and reshelving.

During the year, the Reference Order Center microfilmed 354,476 pages of foreign patents and publications and processed 867,000 U.S. patent references to complete and mail more than 95,600 Office Actions.

The Office has revised its assignment recording regulations and will now accept and record certified copies of original assignments or other instruments.

Significant progress has been made toward reaching the objectives of the microfilm patent copy document system. This system contemplates a number of microfilm files including the initial microfilming to 35-mm. roll microfilm of over 3.3 million patents, the construction of a filmcard file for use in "on demand" unit order fulfillment, and the construction of master numerical aperture cards which will serve as the base for producing working numerical aperture card files and a master subject-matter classified aperture card file. The filmcard file and the master numerical aperture card file will be constructed from the initial 35-mm. roll microfilm. Preparation of patents for microfilming has been virtually completed. Microfilming, which began in February 1967, is nearly one-third completed and should be finished by February or March 1968. It is expected that the filmcard file will be put into use in the patent copy fulfillment subsystem by July 1968. Implementation of this system will result in significant savings in operation and improved service to the public. The present target date established for completing the master classified aperture card file which will provide the capability for supplying complete, or portions

of, classified files of patents in aperture card is the end of fiscal year 1969.

The Document Services Branch is now microfilming currently issuing patents. The film will then be used for producing 70-mm. filmcards for use in the patent copy fulfillment system. By filming this set of patents before shipment to archival storage, missing pages and copies, and sequence of sheets and numbers, can be checked and corrected much more efficiently than at a later date after the copies are in storage.

As the year drew to a close, final implementation was underway on a computer-based system to compare incoming foreign patents, claiming a prior U.S. filing, with the U.S. application serial numbers. Matchups will reveal the location, status and classification of the U.S. counterpart and will permit quick decisions to be made on routing and handling of such incoming patents. This system can be utilized to process a very substantial portion of the foreign patent input, eliminating a considerable amount of time and effort on the part of the individual translator, examiner, and clerks.

A contract was concluded during the year to initiate the development of a pilot microform viewer as part of the long-range program to convert the search files in the Patent Examining Corps and the Public Search Room to a microform search file system.

A service of the Clearinghouse for Federal Scientific and Technical Information in cooperation with the Patent Office which provides all newly issued patents on 16-mm. microfilm on a subscription basis was improved by making it possible for the public to subscribe by subject category (mechanical, chemical, or electrical) if the entire issuance is not desired.

### Patent Documentation

To make patents a more useful source of technical information for the nonpatent oriented scientist, engineer, or businessman, an abstract of the technical disclosure is required as a part of all patent applications submitted after January 1, 1967. The abstract is printed as part of the patent upon issuance, and also will be published separately in a media yet to be determined.

The number of mechanized systems under the ICIREPAT (Committee for International Cooperation in Information Retrieval Among Examining Patent Offices) program increased during the year from 18 to approximately 50. The amount of development varies greatly from those only recently proposed, such as ceramics (U.S.), to A–D Converters (Dutch) in which the work of several years was virtually completed by the end of fiscal year 1967 due to concerted effort of the examiners and R. & D. personnel in indexing the remaining U.S. patents.

Progress in several of the systems under the ICIREPAT 5-year program has been made. Testing in the glass technology system is underway and trial indexing in both alloy and lubricant systems is being done. Final authorization to index on a production basis in the revised steroid system is awaited from ICIREPAT.

In the latter part of the year, emphasis increased in some new projects which, if the techniques prove feasible, will be proposed to ICIREPAT. Work is proceeding in a project in azo dyes which couples a patent indexing system with a microfilm retrieval system. A simple indexing system is used, and it is hoped that nonprofessionals can index by this method with accuracy.

At the close of the year, plans had been completed with RAND Corp. of Santa Monica, Calif., to explore the relationship of an Examiner in dialogue with a computer storing an indexed patent file. The Examiner may modify his questions in the light of prior answers received from the computer and thus direct his search according to his needs.

Continued concentration on reclassifying very active and rapidly growing areas of art, using examiners under direction of senior classifiers, resulted in a significant increase in effort applied to this vital aspect of the examining operation. Also, the use of technicians as classifying aids helped increase the effectiveness of reclassification as well as creating new employment opportunities.

Completed in the fiscal 1967 activities were three major projects covering the fields of magnetically operated switches, optics, and metal founding.

During the year the Office of Patent Classification was reorganized to establish a Chemical Classification Division, an Electrical Classification Division, and a Mechanical Classification Division, reporting, respectively, to the Directors of the Chemical, Electrical, and Mechanical Examining Operations.

Representatives of the Office of Patent Classification attended several meetings in Europe of the Working Groups of the International Patent Classification Convention.

*Patent Appeals and Interferences*

The Board of Appeals received 10,916 appeals, including 494 petitions for reconsideration, as compared with 12,744 appeals the preceding year. The Board rendered 4,031 decisions, including 511 petitions for reconsideration; 2,378 appeals were dismissed for reasons such as failure to file a brief and 5,728 appeals were withdrawn by appellants. The number of appeals on hand at the end of the year was 4,336, compared with 5,569 the previous year, a reduction of 1,233.

The number of interferences declared continued at a reduced rate,

and the number of cases pending at the end of the fiscal year was reduced by 217. The disposal of cases on the merits after final hearing was 201, greater than for any previous year.

## Trademark Examining Operations

As a result of the introduction of streamlined prosecution practices, further progress was made in reducing the backlog of pending trademark applications and the time required in reaching pending applications for examination.

Applications for registration filed during the year totaled 27,584. While the total was a decrease of approximately 850 applications below the previous year, it was substantially greater than for any other previous year. Applications on file at the end of the year were 37,457, compared to 38,198 the previous year, a decrease of 741.

Disposals totaled 28,325, consisting of 21,831 marks which were registered on the Principal Register and Supplemental Register and 6,494 applications which were abandoned.

There were 20,355 marks published for opposition and 1,214 oppositions were received. There were 112 interference proceedings instituted, and 1,720 requests for extension of time for filing an opposition.

At the end of the fiscal year, maximum time for acting on new applications for registration of marks was 10 months. Amended cases were acted upon as soon as received.

## Trademark Trial and Appeal Board

The Trademark Trial and Appeal Board has appellate jurisdiction over the decisions of the examiners of trademarks refusing registration of an applicant's trademark, and original jurisdiction to hear and decide adversary proceedings arising under the Trademark Act of 1946. This Act provides for four types of adversary proceedings: interferences, oppositions, cancellations, and concurrent use.

This year the Trial and Appeal Board completed its eighth full fiscal year of operation during which it wrote the largest number of final decisions in its history. A total of 556 cases were decided after a hearing, 417 of which were adversary proceedings and 139 ex parte appeals. In addition, 1,191 adversary proceedings were finally disposed of during the interlocutory stages, and 190 ex parte appeals prior to a hearing. There were 1,678 adversary proceedings and 225 ex parte appeals pending at the end of the year.

## Legislation

On February 21, 1967, President Johnson forwarded to the Congress the "Patent Reform Act of 1967" which would bring about the first major revision of U.S. patent laws in more than 130 years. This bill was based upon and incorporated most of the recommendations

of the President's Commission on the Patent System appointed in 1965 to analyze the contemporary needs of the system and make any recommendations to improve its effectiveness in serving the public interest. The bill was introduced in the Senate by Senator McClellan as S. 1042 and in the House by Representative Kastenmeier as H.R. 5924.

The purposes of the proposed legislation, in President Johnson's words are:

"1. To raise the quality and reliability of U.S. patents.

"2. To reduce the time and expense of obtaining and protecting a patent.

"3. To speed public disclosure of scientific and technological information.

"These changes will accomplish another important objective: They will bring the U.S. patent system more closely into harmony with those of other nations."

Acting Under Secretary J. Herbert Hollomon and Commissioner of Patents Edward J. Brenner testified in support of the bill before Subcommittee No. 3 of the House Judiciary Committee and the Patent, Trademark and Copyright Subcommittee of the Senate Judiciary Committee, supporting the bill and explaining its many key provisions. Hearings on this measure were not completed as of the end of the fiscal year.

### International Activity

Commissioner Edward J. Brenner and other Patent Office officials actively participated in several international meetings sponsored by the United International Bureaux for the Protection of Intellectual Property (BIRPI). A draft Patent Cooperation Treaty was released May 31, 1967, which proposes a comprehensive plan designed to eliminate two of the major problems facing the world's patent system today: (1) the difficulties faced by applicants when filing in foreign countries due to differences in the substantive and formal requirements of patent applications; and (2) the difficulties facing national patent offices due to duplication of efforts expended in checking formalities, establishing searches and otherwise examining corresponding applications filed in more than one country.

Several briefing conferences were held with interested members of both the patent and business community. Comments generated by these conferences and other contacts with bar and business groups is of great assistance in U.S. preparation for participation in the next step of the treaty development—a meeting of a Committee of Experts to be held in Geneva in October 1967.

A number of patent search exchange programs have been initiated with the patent offices of other countries including Austria, Czecho-

7

slovakia, France, Germany, Japan, the Philippines, Sweden, and Switzerland.

The joint publication of the final report on the first phase of a search exchange with the Federal Republic of Germany was published during the year.

In Trademark affairs, the principal development during the year was the first of a series of meetings with selected representatives of the business and legal community on the question of whether the United States should adhere to the Madrid Agreement Concerning the International Registration of Trademarks of April 14, 1891, as revised at Nice June 15, 1957.

A study favorable to the adoption of the International Classification of Goods and Services for Trademark Purposes was completed, with implementation scheduled to begin in fiscal year 1968.

### Operating Cost and Income

The Patent Office appropriation for fiscal year 1967 was $37,050,000, which amount was comprised of the regular appropriation of $35,500,000 and a supplemental appropriation of $1,550,000 for increased printing requirements ($900,000) and pay act costs ($650,000). Adjusting amounts appropriated for transfer to the General Services Administration for rental of space ($3,460) results in new obligational authority of $37,046,540.

Program costs for this period were $35,533,392, and with the addition of $1,454,941 net obligations incurred for costs of other years the total amount obligated during fiscal 1967 was $36,988,333 or 99.8 percent of new obligational authority. Costs and obligations reflect $38,137 comparative transfer to Salaries and Expenses, General Administration, Department of Commerce.

Compensation for an average of 2,528 employees accounted for 71 percent of total operating expenses; related costs of employee life insurance, health benefits, retirements, Federal Insurance Contribution Act taxes, awards, and Employees' Compensation Fund payments for 6 percent; printing and reproduction for 18 percent; and all other operating costs for 5 percent.

During the year the office received $23,913,252 in fees and deposits from all sources. Refund of $184,647 and a net decrease of $87,457 in the deposit fund for unapplied receipts resulted in a net income of $23,666,062. This exceeded by $5,519,848 the previous record high of $18,146,214 in fiscal 1966, and reflected the higher fee structure under Public Law 89–83 effective October 25, 1965. Net income for 1967, the first full year under the higher fee structure, was equivalent to about 67 percent of operating costs.

*General*

An Office of Planning and Programing was established during the year which will have responsibility for coordinating the planning and programing in all areas of the Patent Office, including patent examination, patent documentation, and implementation of any changes in the patent and trademark laws and international agreements.

Also established was an Automatic Data Processing Division.

During the year, about two-thirds of the patent examining staff—the Electrical and Mechanical Operations—were moved from the Commerce Building into new, modern office space in the Crystal Plaza complex of the Crystal City development in Arlington, Va. The remainder of the examining staff (the Chemical Examining Operation) and the Public Search Room, Scientific Library, Commissioner's Offices, and other units are scheduled to move to the new location in fiscal 1968.

## PATENT EXAMINING OPERATION

### Pending Patent and Design Applications as of June 30, 1967

| Status | Patents incl. plants and reissues | Designs |
|---|---|---|
| Under examination: | | |
| Awaiting action by examiners.................... | 134,346 | 2,326 |
| Others (i.e. response by applicant, in interference, on appeal, or action suspended (awaiting examiner action))......................................... | 50,095 | 2,117 |
| Total under examination ................... | 184,441 | 4,443 |
| Preexamination.............................. | 16,298 | 586 |
| Total.................................... | 200,739 | 5,029 |
| Post examination: | | |
| Allowed, on hand in the examining groups........... | 2,750 | 390 |
| Awaiting payment of final fee.................. | 15,266 | ......... |
| Awaiting issuance, fee paid prior to June 30....... | 8,105 | ......... |
| Applications awaiting entry of amendment (Rule 312). | 382 | ......... |
| D-10's (secret cases in condition for allowance)...... | 2,699 | ......... |
| Total.................................... | 229,946 | 5,419 |

## Summary of Patent and Design Examining Activities, Fiscal Years 1965–67

| Item | 1965 | 1966 | 1967 | Annual average 1958–67 |
|---|---|---|---|---|
| **Patents:** | | | | |
| Applications filed: | | | | |
| With fee: | | | | |
| General, mechanical, chemical, electrical | 86,716 | 92,183 | 88,167 | 82,648 |
| Plants | 89 | 103 | 100 | 120 |
| Reissues | 237 | 266 | 241 | 246 |
| No fees required: | | | | |
| (35 U.S.C. 266) | 1,327 | *498 | ...... | ........ |
| (C.G. decisions) | 865 | 341 | ...... | ........ |
| Total | 89,234 | 93,391 | 88,508 | 84,510 |
| Applications allowed | 69,341 | 64,188 | 65,951 | 55,693 |
| Applications abandoned | 32,824 | 26,871 | 30,860 | 30,306 |
| Total disposals | 102,165 | 91,059 | 96,811 | 85,999 |
| **Patents issued:** | | | | |
| With fee: | | | | |
| General, mechanical, chemical, electrical | 51,385 | 65,237 | 70,022 | 51,701 |
| Plants | 127 | 105 | 102 | 114 |
| Reissues | 204 | 238 | 180 | 190 |
| No fee required: | | | | |
| (35 U.S.C. 266) | 913 | 613 | ...... | ........ |
| (C.G. decisions) | 611 | 385 | ...... | ........ |
| Total | 53,240 | 66,578 | 70,304 | 53,411 |
| Patents withheld for non payment of final fee (35 U.S.C. 151) | 1,362 | 1,503 | 2,411 | 1,504 |
| **Designs:** | | | | |
| Applications filed | 5,319 | 5,187 | 4,774 | 4,916 |
| Applications allowed | 3,437 | 3,200 | 3,200 | 2,851 |
| Applications abandoned | 2,508 | 2,071 | 1,915 | 2,255 |
| Design patents issued | 2,979 | 3,638 | 2,840 | 2,747 |

*No applications filed without fee pursuant to Public Law 89–93 effective October 15, 1965.

## Applications for Patents Filed, Fiscal Years

| Year | Inventions | Plants | Reissues | Total | Designs |
|------|-----------|--------|----------|-------|---------|
| 1948 | 73,188 | 68 | 129 | 73,385 | 7,323 |
| 1949 | 66,091 | 81 | 120 | 66,292 | 6,883 |
| 1950 | 69,025 | 92 | 178 | 69,295 | 7,307 |
| 1951 | 63,000 | 77 | 160 | 63,237 | 4,871 |
| 1952 | 60,107 | 93 | 186 | 60,386 | 4,606 |
| 1953 | 70,025 | 99 | 219 | 70,343 | 5,433 |
| 1954 | 74,987 | 90 | 194 | 75,271 | 5,501 |
| 1955 | 78,386 | 94 | 230 | 78,710 | 5,523 |
| 1956 | 75,420 | 117 | 196 | 75,733 | 5,322 |
| 1957 | 73,495 | 99 | 189 | 73,783 | 4,675 |
| 1958 | 76,565 | 129 | 262 | 76,956 | 4,838 |
| 1959 | 77,978 | 126 | 259 | 78,363 | 4,994 |
| 1960 | 78,995 | 117 | 219 | 79,331 | 4,567 |
| 1961 | 80,842 | 706 | 223 | 81,171 | 4,605 |
| 1962 | 84,864 | 131 | 270 | 85,265 | 4,963 |
| 1963 | 84,620 | 149 | 277 | 85,046 | 4,841 |
| 1964 | 87,482 | 147 | 207 | 87,836 | 5,067 |
| 1965 | 88,908 | 89 | 237 | 89,234 | 5,819 |
| 1966 | 93,022 | 103 | 266 | 93,391 | 5,187 |
| 1967 | 88,167 | 100 | 241 | 88,508 | 4,774 |

## Patents Granted, Fiscal Years [1]

| Year | Inventions | Plants | Reissues | Total | Designs |
|------|-----------|--------|----------|-------|---------|
| 1948 | 21,336 | 59 | 120 | 21,515 | 3,102 |
| 1949 | 30,393 | 53 | 118 | 30,564 | 4,251 |
| 1950 | 38,464 | 106 | 113 | 38,683 | 4,826 |
| 1951 | 45,447 | 61 | 138 | 45,646 | 4,604 |
| 1952 | 42,963 | 91 | 133 | 43,187 | 3,844 |
| 1953 | 42,480 | 91 | 163 | 42,734 | 2,827 |
| 1954 | 38,499 | 87 | 167 | 38,753 | 2,573 |
| 1955 | 29,473 | 116 | 186 | 29,775 | 2,533 |
| 1956 | 40,465 | 88 | 141 | 40,694 | 3,104 |
| 1957 | 44,819 | 120 | 163 | 45,102 | 2,315 |
| 1958 | 43,407 | 110 | 159 | 43,676 | 2,572 |
| 1959 | 52,184 | 128 | 170 | 52,482 | 2,508 |
| 1960 | 50,322 | 107 | 178 | 50,607 | 2,685 |
| 1961 | 47,232 | 110 | 160 | 47,492 | 2,488 |
| 1962 | 51,065 | 88 | 190 | 51,343 | 2,336 |
| 1963 | 53,958 | 114 | 215 | 54,287 | 2,411 |
| 1964 | 44,050 | 147 | 203 | 44,400 | 3,019 |
| 1965 | 52,914 | 127 | 204 | 53,245 | 2,979 |
| 1966 | 66,243 | 105 | 238 | 66,586 | 3,638 |
| 1967 | 70,028 | 102 | 180 | 70,310 | 2,840 |

[1] Includes withdrawn numbers.

## Patent Applications Pending on June 30, of Year Indicated [1]

| Year | Total pending [2] | Awaiting action by examiner [3] | Year | Total pending [2] | Awaiting action by examiner [3] |
|---|---|---|---|---|---|
| 1948 | 233,174 | 148,184 | 1958 | 207,166 | 88,804 |
| 1949 | 232,171 | 140,711 | 1959 | 198,248 | 87,146 |
| 1950 | 219,334 | 124,823 | 1960 | 195,885 | 87,122 |
| 1951 | 201,382 | 108,996 | 1961 | 200,934 | 90,917 |
| 1952 | 185,084 | 96,836 | 1962 | 197,397 | 100,841 |
| 1953 | 182,650 | 98,878 | 1963 | 209,131 | 117,610 |
| 1954 | 194,620 | 116,392 | 1964 | 219,691 | 127,156 |
| 1955 | 221,872 | 139,931 | 1965 | 206,922 | 147,473 |
| 1956 | 217,536 | 121,847 | 1966 | 209,254 | 145,101 |
| 1957 | 215,535 | 106,523 | 1967 | 200,739 | 134,346 |

[1] Does not include allowed applications and design applications.
[2] Beginning with 1947, includes applications in preexamining processes.
[3] Includes cases in which Office actions were suspended under rule 103.

## CLASSIFICATION

### Classification Activity, Fiscal Years 1963–67

| Activity | 1963 | 1964 | 1965 | 1966 | 1967 |
|---|---|---|---|---|---|
| Classes abolished | 6 | 3 | 8 | 5 | 1 |
| Original patents | 56,589 | 13,776 | 36,174 | 55,556 | 11,854 |
| Cross-reference patents | 51,872 | 11,395 | 26,125 | 53,622 | 14,441 |
| Classes established | 6 | 4 | 6 | 4 | 3 |
| Subclasses | 1,625 | 824 | 1,346 | 1,400 | 1,039 |
| Original patents | 55,598 | 23,042 | 50,085 | 58,444 | 25,676 |
| Cross-reference patents | 96,667 | 62,988 | 57,575 | 85,315 | 88,417 |
| Foreign patents | 69,636 | 90,435 | 66,399 | 85,815 | 56,507 |
| Miscellaneous subclasses: | | | | | |
| Established | 114 | 440 | 354 | 420 | 492 |
| Original patents | 4,611 | 12,323 | 11,541 | 10,009 | 12,459 |
| Cross-reference patents | 3,373 | 31,232 | 14,999 | 19,339 | 21,938 |
| Miscellaneous patents transferred | 11,973 | 9,479 | 10,883 | 10,317 | 20,582 |
| Assignment decisions: | | | | | |
| Written | 104 | 74 | 75 | 29 | 12 |
| Oral | 6,864 | 7,811 | 7,186 | 7,481 | 6,571 |
| Letters of inquiry answered | 1,161 | 1,014 | 853 | 920 | 766 |

## Pending Trademark Applications as of June 30, 1967

| Status | For registration | For renewal | Under Sec. 12(c) | Sec. 8 Affidavits |
|---|---|---|---|---|
| **Under examination:** | | | | |
| Awaiting: | | | | |
| Action by examiners......... | 16,312 | 358 | 113 | 400 |
| Response by applicant........ | 9,016 | 102 | — | 236 |
| On ex parte appeal............. | 312 | — | — | — |
| In adversary proceedings. ....... | 1,879 | — | — | — |
| Total under examination.. ..... | 27,519 | 460 | 113 | 636 |
| Preexamination..................... | 3,173 | 179 | 12 | 234 |
| Post examination (includes applications in all phases of publication and issue). | 6,946 | 340 | 37 | — |
| Total....................... | 37,638 | 979 | 162 | 870 |

## Summary of Trademark Examining Activities, Fiscal Years 1965–67

| Item | 1965 | 1966 | 1967 | Annual average 1958–67 |
|---|---|---|---|---|
| Applications for registration filed.. .......... | 26,657 | 28,438 | 27,628 | 24,781 |
| Disposal of trademark applications: | | | | |
| Applications maturing to registration...... | 20,132 | 19,400 | 20,969 | 18,614 |
| Applications abandoned. ................. | 5,375 | 5,666 | 6,551 | 5,043 |
| Certificates of registration issued: | | | | |
| 1946 act, principal register................ | 18,306 | 17,488 | 19,183 | 17,863 |
| 1946 act, supplemental register............ | 1,143 | 1,181 | 1,420 | 997 |
| Total..................... | 19,449 | 18,669 | 20,603 | 18,360 |
| Renewal of registration: | | | | |
| Applications filed....................... | 3,049 | 3,695 | 3,844 | 3,816 |
| Applications abandoned................. | 53 | 119 | 117 | 68 |
| Registrations renewed. ................. | 2,869 | 3,440 | 3,829 | 3,226 |
| Affidavits for benefits under sec. 12(c): | | | | |
| Affidavits filed........................ | 306 | 518 | 341 | 392 |
| Affidavits abandoned.................. | 4 | 2 | 6 | 4 |
| Published under sec. 12(c)............... | 336 | 497 | 403 | 423 |
| Affidavits, sec. 8: | | | | |
| Affidavits filed........................ | 13,923 | 13,705 | 11,956 | 12,994 |
| Affidavit disposal........................ | 13,728 | 13,189 | 12,469 | 12,970 |

## Applications for Trademark Registrations, Renewals, and Sec. 12(c) Affidavits, Fiscal Years

| Year | For registration | For renewal | For benefits under sec. 12(c) | Affidavits received under sec. 8 | Year | For registration | For renewal | For benefits under sec. 12(c) | Affidavits received under sec. 8 |
|---|---|---|---|---|---|---|---|---|---|
| 1948.. | 35,157 | 4,251 | 29,212 | — | 1958.. | 21,770 | 3,237 | 556 | 12,126 |
| 1949.. | 20,141 | 4,011 | 4,225 | — | 1959.. | 22,243 | 3,821 | 447 | 11,548 |
| 1950.. | 18,755 | 3,731 | 2,206 | — | 1960.. | 23,242 | 3,972 | 419 | 12,573 |
| 1951.. | 15,962 | 3,310 | 1,379 | — | 1961.. | 23,169 | 3,476 | 423 | 14,581 |
| 1952.. | 16,126 | 3,383 | 1,164 | — | 1962.. | 24,866 | 3,138 | 337 | 14,720 |
| 1953.. | 17,400 | 3,075 | 1,309 | 1,424 | 1963.. | 24,224 | 2,604 | 311 | 12,752 |
| 1954.. | 19,715 | 3,887 | 1,626 | 16,491 | 1964.. | 25,576 | 2,824 | 261 | 12,055 |
| 1955.. | 21,515 | 3,931 | 1,287 | 17,773 | 1965.. | 26,657 | 3,049 | 308 | 13,923 |
| 1956.. | 21,735 | 3,675 | 808 | 12,940 | 1966.. | 28,438 | 3,695 | 518 | 13,705 |
| 1957.. | 21,581 | 3,630 | 843 | 12,873 | 1967.. | 27,628 | 3,844 | 341 | 11,156 |

## Trademarks Registered, Renewed and Published Under Sec. 12(c), Fiscal Years [1]

| Year | Registered | Renewed | Published under sec. 12(c) | Year | Registered | Renewed | Published under sec. 12(c) |
|---|---|---|---|---|---|---|---|
| 1948......... | 9,411 | 6,704 | 8,298 | 1958......... | 15,979 | 3,172 | 555 |
| 1949......... | 14,450 | 4,735 | 20,819 | 1959......... | 17,685 | 3,249 | 529 |
| 1950......... | 16,370 | 3,575 | 4,873 | 1960......... | 18,989 | 3,614 | 479 |
| 1951......... | 17,869 | 3,487 | 1,589 | 1961......... | 17,406 | 3,749 | 451 |
| 1952......... | 16,400 | 3,314 | 1,304 | 1962......... | 15,909 | 3,071 | 331 |
| 1953......... | 16,273 | 3,268 | 1,157 | 1693......... | 18,266 | 2,450 | 322 |
| 1954......... | 15,197 | 2,918 | 1,383 | 1964......... | 20,689 | 2,834 | 329 |
| 1955......... | 16,109 | 4,588 | 1,544 | 1965......... | 19,452 | 2,870 | 336 |
| 1956......... | 21,613 | 3,315 | 885 | 1966......... | 18,671 | 3,441 | 497 |
| 1957......... | 17,864 | 4,041 | 877 | 1967......... | 20,604 | 3,820 | 603 |

[1] Includes withdrawn numbers.

## Summary of Patent Office Services Furnished for Fees or Without Charge to the Public and Government Agencies During Fiscal Year 1967

| Item or service provided | Total supplied | Patent Office use | Furnished other Government agencies | Number for which charge was made |
|---|---|---|---|---|
| **Prints furnished: Manuscripts, patents, publications, etc.** | 7,336,014 | 1,963,449 | 48 | 5,372,517 |
| Certificates prepared | 104,665 | — | 8 | 104,657 |
| **Assignments:** | | | | |
| Abstract of title and title searches | 1,039 | — | — | 1,039 |
| Title reports | 36,066 | 35,478 | — | 588 |
| Instruments recorded | 68,541 | — | 4,223 | 66,604 |
| **Patents and trademarks:** | | | | |
| Orders | 6,921,625 | 916,965 | 175 | 6,004,485 |
| Foreign exchange | 3,336,605 | — | 3,336,685 | — |
| Library subscriptions | 1,310,755 | — | — | 1,310,755 |
| ROC | 507,818 | 507,818 | — | — |
| Total | 12,076,883 | 1,424,783 | 3,336,860 | 7,315,240 |
| Drawings and corrections | 16,705 | — | — | 13,974 |

## Summary of Contested Cases in Patent Office During Fiscal Year 1967

Patent cases before the Board of Appeals:
Pending July 1, 1966 ........................................... 5,569
Filed July 1, 1966–June 30, 1967:
  Ex parte appeals ....................... 10,422
  Reconsideration ......................... 494 → 10,916

  Total ................................................. 16,485
Disposals:
  Examiner affirmed ....................... 2,369
  Examiner affirmed-in-part ............. 427
  Examiner reversed ...................... 724
  Dismissed ............................... 2,378
  Suspended .............................. 12
  Withdrawn .............................. 5,728 → 12,149

Pending June 30, 1967 ...................................... 4,336

Cases before the Board of Patent Interferences:
Pending July 1, 1966 ........................................ 1,321
Filed July 1, 1966–June 30, 1967: Inter partes cases ...... 435

  Total ............................................... 1,756
  Disposals ........................................... 655
  Pending June 30, 1967 ............................... 1,104

See footnote at end of table.

Cases before the Trademark Trial and Appeal Board:

| | Ex parte | Cancelled | Concurred | Inter partes inter-ferences | Oppo-sitions | Total |
|---|---|---|---|---|---|---|
| Pending July 1, 1966...... | 119 | 249 | 7 | 85 | 1,306 | 1,768 |
| Filed July 1, 1966–June 30, 1967: | | | | | | |
| Ex parte appeals..... | 520 | ..... | ..... | ..... | ..... | 520 |
| Inter partes cases..... | ..... | 231 | 7 | 105 | 1,209 | 1,552 |
| Total............ | 639 | 480 | 14 | 190 | 2,517 | 3,840 |
| Disposals.......... | 408 | 208 | 7 | 102 | 1,212 | 1,937 |
| Pending June 30, 1967.... | 231 | 272 | 7 | 88 | 1,305 | 1,903 |

*511 Reconsiderations included.

## Actions on Petitions to Commissioner

| | | |
|---|---|---|
| Acceptance of late priority papers.................... | | 34 |
| Access............................................. | | 3 |
| Certificates of corrections.......................... | | 9,370 |
| Deferment of issue................................. | | 58 |
| Express abandonment............................... | | 24 |
| Extensions of time................................. | | 1,003 |
| Filing date........................................ | | 263 |
| Final fee—Late payment........................... | | 465 |
| Interference....................................... | | 194 |
| Make special...................................... | | 210 |
| Public use......................................... | | 11 |
| Reinstatement of appeals........................... | | 25 |
| Revivals........................................... | | 1,190 |
| Supervisory authority.............................. | | 185 |
| Withdrawals of attorney............................ | | 2,502 |
| Miscellaneous..................................... | | 176 |
| Delegated: | | |
| Make special.................................. | 139 | |
| Restriction.................................... | 40 | |
| Miscellaneous................................. | 542 | 721 |
| Total........................................ | | 16,424 |

(Pending petitions awaiting action—144.)

## Cases in Litigation (Courts)

| | Administrative Review | Patent | Trademark | Total |
|---|---|---|---|---|
| **Supreme Court of the United States** | | | | |
| Petitions for writ of certiorari: | | | | |
| Pending July 1, 1966 | — | 0 | 0 | 0 |
| Filed July 1, 1966–June 30, 1967 | — | 2 | 0 | 2 |
| Total | — | 2 | 0 | 2 |
| Denied | — | 1 | 0 | 1 |
| Granted | — | 0 | | 0 |
| Total | — | 1 | 0 | 1 |
| Pending June 30, 1967 | — | 1 | 0 | 1 |
| **United States Court of Appeals—District of Columbia Circuit** | | | | |
| Cases Pending July 1, 1966 | 0 | 7 | 0 | 7 |
| Appeals Taken July 1, 1966–June 30, 1967 | 4 | 9 | 0 | 13 |
| Total | 4 | 16 | 0 | 20 |
| Cases disposed of: | | | | |
| Affirmed | 1 | 2 | 0 | 3 |
| Dismissed | 0 | 2 | 0 | 2 |
| Remanded | 0 | 1 | 0 | 1 |
| Reversed | 0 | 4 | 0 | 4 |
| Total | 1 | 9 | 0 | 10 |
| Pending June 30, 1967 | 3 | 7 | 0 | 10 |
| **United States District Court for the District of Columbia** | | | | |
| Pending July 1, 1966 | 8 | 119 | — | 127 |
| Filed July 1, 1966–June 30, 1967 | 8 | 103 | — | 111 |
| Total | 16 | 222 | — | 238 |
| Cases disposed of: | | | | |
| Affirmed | 0 | 16 | — | 16 |
| Reversed | 1 | 6 | — | 7 |
| Dismissed on: | | | | |
| Plaintiff's motion | 1 | 1 | — | 2 |
| Defendant's motion | 7 | 1 | — | 8 |
| Stipulation of counsel | 0 | 45 | — | 45 |
| Want of prosecution | 0 | 2 | — | 2 |
| Total | 9 | 71 | — | 80 |
| Pending June 30, 1967 | 7 | 151 | — | 158 |

\*5 cases heard, but not decided.

Notices of appeals to U.S. Court of Customs and Patent Appeals

Received July 1, 1966–June 30, 1967:
    Exparte patents and trademarks = 193 (10 not perfected)
    Inter partes patents     = 20 (4 not perfected)
    Inter partes trademarks    = 48 (3 not perfected)

### Cases in Litigation (Courts)—Continued

| | Ex parte | | Inter partes | | |
|---|---|---|---|---|---|
| | Patent | Trade-mark | Patent | Trade-mark | Total |
| **United States Court of Customs and Patent appeals** | | | | | |
| Cases pending July 1, 1966 | 248 | 9 | 41 | 40 | 338 |
| Filed July 1, 1966 thru June 30, 1967 | 170 | 14 | 26 | 37 | 247 |
| Total | 418 | 23 | 67 | 77 | 585 |
| Cases disposed of: | | | | | |
| Affirmed | 76 | 3 | 14 | 15 | 108 |
| Affirmed-in-part | 10 | 0 | 1 | 0 | 11 |
| Remanded | 0 | 0 | 1 | 0 | 1 |
| Reversed | 33 | 3 | 12 | 3 | 51 |
| Dismissed: | | | | | |
| On appellant's motion | 43 | 0 | 4 | 4 | 51 |
| On want of prosecution | 4 | 0 | 0 | 1 | 5 |
| Total | 166 | 6 | 32 | 23 | 227 |
| Pending July 1, 1967 | 252 | 17 | 35 | 54 | 358 |

## OTHER JURISDICTION
## LITIGATION REPORT

### July 1, 1966—June 30, 1967

#### (Cases Reported)

| Month | Patent suits | | | | Trademark suits | | | |
|---|---|---|---|---|---|---|---|---|
| | Filed | Pat's. inv'd. | Docs. | Pat's. inv'd. | Filed | TM's. inv'd. | Docs. | TM's. inv'd. |
| July | 42 | 63 | 23 | 33 | 28 | 52 | 16 | 29 |
| Aug | 74 | 95 | 59 | 73 | 23 | 42 | 8 | 105 |
| Sept | 101 | 109 | 49 | 75 | 31 | 65 | 20 | 51 |
| Oct | 33 | 51 | 36 | 39 | 9 | 30 | 5 | 13 |
| Nov | 95 | 116 | 75 | 105 | 25 | 60 | 15 | 22 |
| Dec | 53 | 72 | 51 | 73 | 24 | 41 | 22 | 100 |
| Jan | 65 | 86 | 7 | 14 | 6 | 16 | 14 | 17 |
| Feb | 55 | 64 | 62 | 69 | 25 | 38 | 29 | 28 |
| Mar | 43 | 55 | 87 | 98 | 5 | 13 | 8 | 20 |
| Apr | 65 | 70 | 36 | 43 | 22 | 40 | 19 | 39 |
| May | 45 | 72 | 35 | 82 | 13 | 41 | 14 | 45 |
| June | 79 | 124 | 39 | 59 | 27 | 81 | 14 | 45 |
| Total | 750 | 977 | 559 | 763 | 238 | 519 | 184 | 514 |

## Average Number of All Employees, Fiscal Years 1963–67

|  | 1963 | 1964 | 1965 | 1966 | 1967 [1] |
|---|---|---|---|---|---|
| **Examination and issuance of patents:** | | | | | |
| Patent Examining Corps | 1,417 | 1,435 | 1,449 | 1,449 | 1,458 |
| Office of Patent Classification | 135 | 128 | 123 | 131 | 135 |
| Office of Patent Services | 408 | 416 | 443 | 457 | 471 |
| Board of Appeals | 62 | 59 | 56 | 52 | 50 |
| Board of Patent Interferences | 21 | 20 | 20 | 19 | 19 |
| Administrative support [1] | 252 | 251 | 263 | 272 | 268 |
| Subtotal | 2,295 | 2,309 | 2,354 | 2,380 | 2,401 |
| **Examination and registration of trademarks:** | | | | | |
| Trademark Examining Operation | 96 | 102 | 101 | 99 | 99 |
| Trademark Trial and Appeal Board | 13 | 14 | 15 | 13 | 14 |
| Administrative support [1] | 13 | 13 | 14 | 14 | 14 |
| Subtotal | 122 | 129 | 130 | 126 | 127 |
| Total | 2,417 | 2,438 | 2,484 | 2,506 | 2,528 |
| Patent professional | 1,222 | 1,226 | 1,218 | 1,210 | 1,207 |
| Trademark professional | 45 | 48 | 47 | 46 | 45 |
| All other | 1,150 | 1,164 | 1,219 | 1,250 | 1,276 |
| Total | 2,417 | 2,438 | 2,484 | 2,506 | 2,528 |

[1] See the following table:

| Administrative support operations prorated to activities: | 1963 | 1964 | 1965 | 1966 | 1967 |
|---|---|---|---|---|---|
| Office of Commissioner | 26 | 26 | 27 | 34 | 36 |
| Office of Solicitor | 22 | 21 | 22 | 21 | 21 |
| Office of Research, Development, and Analysis | 99 | 98 | 105 | 100 | 95 |
| Office of Administration | 118 | 119 | 123 | 131 | 130 |
| Total | 265 | 264 | 277 | 286 | 282 |
| Examination and issuance of patents | 252 | 251 | 263 | 272 | 268 |
| Examination and registration of trademarks | 13 | 13 | 14 | 14 | 14 |
| Total | 265 | 264 | 277 | 286 | 282 |

[2] Reflects comparative transfer to other accounts.

### End of Year Employment, Fiscal Years 1963-67

|  | 1963 | 1964 | 1965 | 1966 | 1967[1] |
|---|---|---|---|---|---|
| **Examination and issuance of patents:** | | | | | |
| Patent Examining Corps | 1,487 | 1,456 | 1,494 | 1,497 | 1,560 |
| Office of Patent Classification | 130 | 124 | 131 | 133 | 142 |
| Office of Patent Services | 430 | 446 | 497 | 481 | 511 |
| Board of Appeals | 61 | 57 | 54 | 49 | 53 |
| Board of Patent Interferences | 20 | 20 | 20 | 22 | 20 |
| Administrative support [1] | 273 | 265 | 276 | 276 | 302 |
| Subtotal | 2,409 | 2,368 | 2,472 | 2,458 | 2,588 |
| **Examination and registration of trademarks:** | | | | | |
| Trademark Examining Operation | 100 | 103 | 102 | 98 | 111 |
| Trademark Trial and Appeal Board | 12 | 14 | 14 | 14 | 17 |
| Administrative support [1] | 14 | 14 | 15 | 14 | 16 |
| Subtotal | 126 | 131 | 131 | 126 | 144 |
| Total | 2,535 | 2,499 | 2,603 | 2,584 | 2,732 |
| Patent professional | 1,245 | 1,246 | 1,244 | 1,225 | 1,239 |
| Trademark professional | 47 | 48 | 45 | 46 | 54 |
| All other | 1,243 | 1,205 | 1,314 | 1,313 | 1,439 |
| Total | 2,535 | 2,499 | 2,603 | 2,584 | 2,732 |

[1] See the following table:

| Administrative support operations prorated to activities: | 1963 | 1964 | 1965 | 1966 | 1967 |
|---|---|---|---|---|---|
| Office of Commissioner | 29 | 33 | 39 | 36 | 41 |
| Office of Solicitor | 22 | 22 | 22 | 25 | 22 |
| Office of Research, Development and Analysis | 117 | 102 | 95 | 98 | 109 |
| Office of Administration | 119 | 122 | 135 | 131 | 146 |
| Total | 287 | 279 | 291 | 290 | 318 |
| Examination and issuance of patents | 273 | 265 | 276 | 276 | 302 |
| Examination and registration of trademarks | 14 | 14 | 15 | 14 | 16 |
| Total | 287 | 279 | 291 | 290 | 318 |

[2] Reflects comparative transfer to other accounts.

**Operating Cost, Fiscal Years 1963–67 (in thousands of dollars)**

| | 1963 | 1964 | 1965 | 1966 | [2] 1967 |
|---|---|---|---|---|---|
| **Examination and issuance of patents:** | | | | | |
| Patent Examining Corps | 18,973 | 18,598 | 20,943 | 22,747 | 24,339 |
| Office of Patent Classification | 1,359 | 1,416 | 1,504 | 1,577 | 1,686 |
| Office of Patent Services | 2,911 | 3,118 | 3,475 | 3,629 | 3,758 |
| Board of Appeals | 711 | 706 | 799 | 781 | 787 |
| Board of Patent Interferences | 230 | 229 | 268 | 282 | 289 |
| Administrative support [1] | 2,460 | 2,559 | 2,902 | 3,090 | 3,214 |
| Subtotal | 25,734 | 26,626 | 29,891 | 32,106 | 34,073 |
| **Examination and registration of trademarks:** | | | | | |
| Trademark Examining Operation | 912 | 998 | 1,043 | 1,065 | 1,110 |
| Trademark Trial and Appeal Board | 138 | 150 | 171 | 173 | 182 |
| Administrative support [1] | 129 | 135 | 153 | 163 | 169 |
| Subtotal | 1,179 | 1,283 | 1,367 | 1,401 | 1,461 |
| Total | 26,913 | 27,909 | 31,258 | 33,507 | 35,534 |
| Personnel compensation | 19,535 | 20,972 | 23,238 | 23,996 | 25,334 |
| Personnel benefits | 1,475 | 1,596 | 1,711 | 1,787 | 1,987 |
| Printing and reproduction | 4,543 | 4,085 | 4,802 | 6,334 | 6,418 |
| Other costs | 1,360 | 1,256 | 1,507 | 1,390 | 1,795 |
| Total | 26,913 | 27,909 | 31,258 | 33,507 | 35,534 |

[1] See the following table:

| | 1963 | 1964 | 1965 | 1966 | 1967 |
|---|---|---|---|---|---|
| **Administrative support operations prorated to activities:** | | | | | |
| Office of Commissioner | 343 | 293 | 373 | 553 | 581 |
| Office of Solicitor | 256 | 287 | 326 | 310 | 335 |
| Office of Research, Development, and Analysis | 1,084 | 1,155 | 1,234 | 1,213 | 1,293 |
| Office of Administration | 906 | 959 | 1,122 | 1,177 | 1,174 |
| Total | 2,509 | 2,694 | 3,055 | 3,253 | 3,383 |
| Examination and issuance of patents | 2,460 | 2,559 | 2,902 | 3,090 | 3,214 |
| Examination and registration of trademarks | 129 | 135 | 153 | 168 | 169 |
| Total | 2,589 | 2,694 | 3,055 | 3,258 | 3,383 |

[2] Reflects comparative transfer to other accounts.

### Income From Fees, Fiscal Years 1963–67 (in thousands of dollars)

| | 1963 | 1964 | 1965 | 1966 | 1967 |
|---|---|---|---|---|---|
| Patent filing fee, including extra claims | 2,527 | 2,612 | 2,671 | 5,838 | 7,354 |
| Patent issue fee, original or reissue, including extra claims and charges for printed pages of specifications and drawings[1] | 1,492 | 1,315 | 1,643 | 5,141 | 8,365 |
| Patent copies | 1,632 | 1,494 | 1,578 | 2,680 | 2,828 |
| Reproduction of records | 971 | 1,027 | 1,095 | 1,060 | 1,079 |
| Trademark filing fee | 606 | 639 | 667 | 907 | 969 |
| Patent appeals, including filing of brief[2] | 306 | 252 | 565 | 644 | 728 |
| Recording assignments | 215 | 211 | 227 | 990 | 1,395 |
| Special service on orders[3] | 116 | 138 | 144 | 152 | 159 |
| Design filing fee, including term extensions[3] | 96 | 105 | 113 | 108 | 95 |
| Trademark renewal fee | 66 | 70 | 77 | 95 | 98 |
| Certification of copies | 84 | 89 | 97 | 106 | 116 |
| Drawings and corrections | 61 | 70 | 90 | 71 | 87 |
| Subscription service for copies | 31 | 33 | 29 | 9 | 34 |
| Trademark copies | 34 | 33 | 34 | 56 | 58 |
| Trademark oppositions and cancellations | 32 | 36 | 36 | 39 | 38 |
| Title reports | 22 | 21 | 24 | 10 | — |
| Classified lists of patents | 15 | 9 | 9 | 16 | 11 |
| Airmail postage | 10 | 8 | 8 | 9 | 9 |
| Revival of abandoned patent applications | 7 | 7 | 9 | 15 | 16 |
| Patent reissue filing fee, including extra claims | 7 | 7 | 6 | 19 | 25 |
| Comparison of patent drawings | — | — | 11 | 30 | 25 |
| Design issue fee[4] | — | — | — | 35 | 63 |
| Other fees | 63 | 62 | 72 | 96 | 116 |
| **Total income** | **8,393** | **8,238** | **9,204** | **18,146** | **23,666** |

[1] 1965 and prior years include income from additional charges for extra claims only. 1966 includes income from additional charges for extra claims until effective date of Public Law 89–93, October 25, 1965.

[2] Fee for filing of brief was established by Public Law 89–83.

[3] Fees for term extensions were in existence until effective date of Public Law 89–83.

[4] Fee established by Public Law 89–83.