UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RAQUEL Y. GORDON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 05-1926-RBW |
| ) | |
| v. ) | |
| ) | |
| CARLOS GUTIERREZ, ) | |
| Secretary of Commerce, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Jurisdictional Discovery, no. [16]; and Plaintiff's Motion for Sanctions, no. [17]; Defendants' opposition to both motions; and the entire record herein, it is hereby

ORDERED that the two motions are both DENIED.

So ordered, this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge