UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAQUEL Y. GORDON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARLOS GUTIERREZ, ) <br> Secretary of Commerce, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 05-1926-RBW |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion for Jurisdictional Discovery, no. [16]; and Plaintiff's Motion for Sanctions, no. [17]; Defendants' opposition to both motions; and the entire record herein, it is hereby

ORDERED that the two motions are both DENIED.

So ordered, this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge