## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RAQUEL Y. GORDON**

Plaintiff(s),

vs.   Civil Case No:**05-1926 RBW**

**CARLOS GUTIERREZ**

Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that exhibits to **"Plaintiff's motion to disqualify/exclude dut to conflict of interest, motion to strike USDOJ and /or USPTO submissions, motion to strike affidavits of James J. Matthews, motion for default judgment, request for sanctions"** has been filed in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** 4/10/06