JURY, PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01926-RBW

| | |
|---|---|
| GORDON v. GUTIERREZ et al | Date Filed: 09/29/2005 |
| Assigned to: Judge Reggie B. Walton | Jury Demand: Plaintiff |
| Demand: $9,999,000 | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2003 Job Discrimination | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**RAQUEL Y. GORDON**          represented by   **RAQUEL Y. GORDON**
6332 Southlake Court
Bryans Road, MD 20616
PRO SE

V.

**Defendant**

**CARLOS GUTIERREZ**          represented by   **Alan Burch**
*Secretary Department of Commerce*            U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 514-7204
Fax: (202) 514-8780
Email: alan.burch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HOWARD GOLDBERG**           represented by   **Alan Burch**
*Individual, U.S. Patent and Trademark Office*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARGARET FOCARINO**         represented by   **Alan Burch**
*Individual, U.S. Patent and Trademark Office*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**NANCY LE**                  represented by   **Alan Burch**
*Individual, U.S. Office of Patent and Trademark Office*   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN BARLOW**               represented by   **Alan Burch**
*Individual, U.S. Patent and Trademark Office*     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2005 | 1 | COMPLAINT against CARLOS GUTIERREZ, HOWARD GOLDBERG, MARGARET FOCARINO, NANCY LE, JOHN BARLOW filed by RAQUEL Y. GORDON.(td, ) (Entered: 10/03/2005) |
| 10/03/2005 | 2 | MOTION for Leave to Proceed in forma pauperis by RAQUEL Y. GORDON. (td, ) (Entered: 10/03/2005) |
| 10/03/2005 |  | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis . Signed by Judge Colleen Kollar-Kotelly on 9/27/05. (td, ) (Entered: 10/03/2005) |
| 10/03/2005 | 3 | MOTION to Appoint Counsel, MOTION to waive payment of fees, cost and other security by RAQUEL Y. GORDON. (td, ) (Entered: 10/03/2005) |
| 10/03/2005 |  | SUMMONS (7) Issued as to CARLOS GUTIERREZ, HOWARD GOLDBERG, MARGARET FOCARINO, NANCY LE, JOHN BARLOW, U.S. Attorney and U.S. Attorney General (td, ) (Entered: 10/03/2005) |
| 10/07/2005 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 10/6/2005, answer due 12/5/2005 (td, ) (Entered: 10/11/2005) |
| 10/12/2005 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 10/06/05. (jf, ) (Entered: 10/13/2005) |
| 11/04/2005 | 6 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to CARLOS GUTIERREZ served on 11/4/2005, answer due 1/3/2006. (jf, ) (Entered: 11/07/2005) |
| 11/17/2005 | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to HOWARD GOLDBERG served on 11/10/2005, answer due 1/9/2006. (jf, ) (Entered: 11/21/2005) |
| 11/30/2005 | 8 | NOTICE of Appearance by Alan Burch on behalf of CARLOS GUTIERREZ (Burch, Alan) (Entered: 11/30/2005) |
| 12/01/2005 | 9 | First MOTION for Extension of Time to File Answer re 1 Complaint *or Otherwise Respond to Complaint* by CARLOS GUTIERREZ. (Attachments: # 1 Text of Proposed Order)(Burch, Alan) (Entered: 12/01/2005) |
| 12/07/2005 |  | MINUTE ORDER: The federal defendants' 9 Motion for Extension of Time is GRANTED. These defendants shall file an Answer or other response by January 6, 2006. Signed by Judge Reggie B. Walton on 12/7/05. (ms, ) (Entered: 12/07/2005) |
| 01/05/2006 | 10 | Second MOTION for Extension of Time to File Answer *or Otherwise Respond to Complaint* by CARLOS GUTIERREZ. (Attachments: # 1 Text of Proposed Order)(Burch, Alan) (Entered: 01/05/2006) |
| 01/11/2006 | 11 | MOTION to Dismiss *or in the Alternative*, MOTION for More Definite Statement *and*, MOTION to Transfer Case by CARLOS GUTIERREZ, HOWARD GOLDBERG, MARGARET FOCARINO, NANCY LE, JOHN BARLOW. (Attachments: # 1 Exhibit Matthews Declaration# 2 Exhibit Nov. 1, 2005, letter to plaintiff# 3 Exhibit faxed pages from plaintiff# 4 Text of Proposed Order)(Burch, Alan) (Entered: 01/11/2006) |
| 01/13/2006 |  | MINUTE ORDER: Defendants' 10 Motion for Extension of Time to Answer is GRANTED nunc pro tunc. Signed by Judge Reggie B. Walton on 1/13/06. (ms, ) (Entered: 01/13/2006) |
| 01/23/2006 | 12 | ORDER denying without prejudice plaintiff's 3 Motion to Appoint Counsel, and finding as moot her 3 Motion for waiver of fees, as the application to proceed in forma pauperis has been granted. Signed by Judge Reggie B. Walton on 1-23-06. (ms, ) (Entered: 01/23/2006) |

| | | |
|---|---|---|
| 01/23/2006 | 13 | Order advising plaintiff to respond to defendants' motion to dismiss, or for a more definite statement, or to transfer, or Court may deem matter as conceded. Response due by 2/17/2006. Signed by Judge Reggie B. Walton on 1-23-06. (ms, ) (Entered: 01/23/2006) |
| 01/23/2006 | 14 | MOTION to Appoint Counsel, MOTION to waive payment of fees, costs, and other security and MOTION for Extension of Time to respond to MOTION to Dismiss or in the Alternative, MOTION for More Definite Statement and, MOTION to Transfer Case and re 11 by RAQUEL Y. GORDON. (jf, ) (Entered: 01/26/2006) |
| 02/17/2006 | 15 | Memorandum in opposition to re 11 Agency's motion for dismissal and change of venue filed by RAQUEL Y. GORDON. (td, ) (Entered: 02/28/2006) |
| 02/17/2006 | 16 | MOTION for Discovery jurisdictional discovery by RAQUEL Y. GORDON. (td, ) (Entered: 02/28/2006) |
| 02/17/2006 | 17 | MOTION for Sanctions by RAQUEL Y. GORDON. (td, ) (Entered: 02/28/2006) |
| 03/02/2006 | 18 | REPLY to opposition to motion re 11 MOTION to Dismiss *or in the Alternative* MOTION for More Definite Statement *and* MOTION for More Definite Statement *and* MOTION to Transfer Case MOTION to Transfer Case *combined with Opposition to Plaintiff's Motions no.* 16 *and* 17 filed by CARLOS GUTIERREZ, HOWARD GOLDBERG, MARGARET FOCARINO, NANCY LE, JOHN BARLOW. (Attachments: # 1 Exhibit Matthews supp. dec.# 2 Exhibit Hassett dec.# 3 Exhibit Administrative order and Plaintiff's explanation# 4 Text of Proposed Order)(Burch, Alan) (Entered: 03/02/2006) |
| 03/02/2006 | 19 | Memorandum in opposition to re 16 *for Jurisdictional Discovery* filed by CARLOS GUTIERREZ, HOWARD GOLDBERG, MARGARET FOCARINO, NANCY LE, JOHN BARLOW. (Attachments: # 1 Exhibit Matthews Supp. Dec.# 2 Exhibit Hassett Dec.# 3 Exhibit Administrative order and Plaintiff's explanation# 4 Text of Proposed Order)(Burch, Alan) (Entered: 03/02/2006) |
| 03/02/2006 | 20 | Memorandum in opposition to re 17 *for Sanctions* filed by CARLOS GUTIERREZ, HOWARD GOLDBERG, MARGARET FOCARINO, NANCY LE, JOHN BARLOW. (Attachments: # 1 Exhibit Matthews Supp. Dec.# 2 Exhibit Hassett Dec.# 3 Exhibit Administrative order and Plaintiff's explanation# 4 Text of Proposed Order)(Burch, Alan) (Entered: 03/02/2006) |
| 03/17/2006 | 21 | SURREPLY (opposition) to defendant's combined reply re 20 Memorandum in Opposition,, 19 Memorandum in Opposition, filed by RAQUEL Y. GORDON. (td, ) (Entered: 03/20/2006) |
| 03/17/2006 | 22 | Second MOTION for Jurisdictional Discovery, MOTION for Sanctions by RAQUEL Y. GORDON. (td, ) (Entered: 03/20/2006) |
| 03/17/2006 | 24 | ERRATA replacing missing pages from original complaint by RAQUEL Y. GORDON 1 Complaint filed by RAQUEL Y. GORDON,. (td, ) (Entered: 04/07/2006) |
| 03/31/2006 | 23 | Memorandum in opposition to re 22 *for Jurisdictional Discovery and Sanctions* filed by CARLOS GUTIERREZ, HOWARD GOLDBERG, MARGARET FOCARINO, NANCY LE, JOHN BARLOW. (Burch, Alan) (Entered: 03/31/2006) |
| 04/10/2006 | 25 | MOTION to disqualify/exclude due to conflict of interest, MOTION to Strike USDOJ and/or USPTO submissions and affidavits of James J. Matthews by RAQUEL Y. GORDON. (Attachments: # 1 Exhibit)(td, ) (Entered: 04/11/2006) |
| 04/10/2006 | 26 | MOTION for Default Judgment, MOTION for Sanctions by RAQUEL Y. GORDON. (SEE DOCUMENT NO. 25 FOR IMAGE) (td, ) (Entered: 04/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/20/2006 14:23:36 | | | |
| **PACER Login:** | ux0412 | **Client Code:** | doj |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01926-RBW |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |