UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAQUEL Y. GORDON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS GUTIERREZ, )<br>Secretary of Commerce, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No.: 05-1926-RBW |

**ORDER**

UPON CONSIDERATION of Defendants' Motion to Enlarge Time to Respond to Plaintiff's Motions until after Court Rules on Pending Dispositive Motion, any opposition thereto, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is

FURTHER ORDERED that unless otherwise directed by the Court, Defendants' deadline for filing their responses to Plaintiff's motions no. [25] and [26], and any future motions filed by Plaintiff, is hereby reset to thirty days after the Court rules on Defendants' dispositive motion, no. [11], for any of Plaintiff's motions that are not mooted by the Court's ruling on Defendants' dispositive motion.

So ordered, this _____ day of _____, 2006.

_____
REGGIE B. WALTON
United States District Judge