UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAQUEL Y. GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1926 (RBW) |
| ) | |
| CARLOS GUTIERREZ, Secretary, ) | |
| United States Department of Commerce, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**TRANSFER ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's second motion for appointment of counsel [#14] is DENIED WITHOUT PREJUDICE for the same reasons set forth in the Court's January 23, 2006 Order. It is further

ORDERED that plaintiff's motions for an enlargement of time [#14], for waiver of payment of fees [#14], for discovery [#16, 22], for sanctions [# 17, 22, 26], to disqualify [#25], to strike [#25], and for default judgment [#26] are DENIED WITHOUT PREJUDICE. It is further

ORDERED that defendants' motions to dismiss [#11], for a more definite statement [Dkt. #11], and for an extension of time [#27] are DENIED. It is further

ORDERED that defendants' motion to transfer [#11] is GRANTED. This civil action therefore shall be TRANSFERRED to the United States District Court for the Eastern District of Virginia.

SO ORDERED.

/s/
REGGIE B. WALTON
Date: June 29, 2006                                United States District Judge