UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raquel Y. Gordon, Pro Se ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1926-RBW |
| ) | |
| v. ) | DATE: July 24, 2006 |
| ) | |
| Carlos Gutierrez, ) | |
| Secretary of Commerce, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## COMPLAINTANT'S MOTION TO REQUEST CLARIFICATION AND MOTION FOR REQUEST FOR EXTENSION OF TIME

Now comes the Pro Se Plaintiff to request the Honorable Judge grants her motions on the following:

Complainant (Pro Se) received a Decision dated July 12, 2006. The Order indicated an "Accompanying" opinion was attached. However, the document received was a two-paged Order only. Complainant requests clarification as to whether there were any other documents that should be considered in her response.

Further, Pursuant to FRCP 6(b), Complainant requests an extension of time since no substantive response can be made without a substantive Opinion which can be addressed. Complainant requests that the time for response is re-set conditioned on when the Opinion is received by Complainant or when a Decision is made on the *Request for Clarification* herein.

Complainant telephoned opposing counsel and left a voicemail to alert him to this motion Complainant received a voicemail message in return from Joe Sher of the USDOJ Eastern District of Virginia office. Upon returning his call, no objection was indicated.

### *Conclusion*

Wherefore it is requested Plaintiff's Motions are **GRANTED**.

_____        7/24/06
Raquel Y. Gordon, Pro Se                        DATE
6332 Southlake Court      **RECEIVED**
Bryans Road, MD 20616
TEL: 301-283-6251
                                JUL 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

This is to certify the other party was served with the *Request For Clarification And Request For Extension Of Time* on the date indicated in the following manner:

(Via Facsimile and Via First Class Mail)
Alan Burch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

(Via Facsimile and Via First Class Mail)
Joe Sher
USDOJ Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

_____
Raquel Y. Gordon, Pro Se

7/24/06
_____
Date

Civil Action No. 05-1926-RBW