UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Raquel Y. Gordon, Pro Se ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-1926-RBW |
| ) | |
| v. ) | DATE: August 4, 2006 |
| ) | |
| Carlos Gutierrez, ) | |
| Secretary of Commerce, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

RECEIVED
AUG - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**COMPLAINANT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE REQUEST FOR RECONSIDERATION**

Now comes the Pro Se Plaintiff to request the Honorable Judge grants her supplemental motions on the following:

On August 4, 2006, Complainant is the Class Agent for a case before the EEOC. Complainant was ordered to make a complex and time-consuming document production which coincided with the 11th day after Complainant received your honor's Memorandum Opinion from the Court's file room. The EEOC order indicated the filing was due August 4, 2006. Further, Complainant has a complex and time-consuming filing due with the Department of Labor on August 11, 2006. Complainant requires an extension of time for filing a *Request for Consideration* of no less than ten (10) days.

Complainant has not yet received any decision regarding her filed July 24, 2006 and July 26, 2006 motions to request an extension of time. Hence, Complainant is unable to ascertain the deadline for the filing of the proposed *Request for Reconsideration*.

Upon realizing the conflict and when it was logistically possible, Complainant attempted to contact opposing counsel. However, Complainant was unable to reach him

other than leaving a voicemail. Hence, Complainant was unable to ascertain if there would be or would not be an objection from opposing counsel.

For a showing of good cause, the Complainant requests that an extension of time be **GRANTED**.

### Conclusion

Wherefore it is requested Plaintiff's Motions are **GRANTED**.

/s/ Raquel Y. Gordon                                8/4/2006
Raquel Y. Gordon, Pro Se                         DATE
6332 Southlake Court
Bryans Road, MD 20616
TEL: 301-283-6251

## CERTIFICATE OF SERVICE

This is to certify the other party was served with the *Complainant's Supplemental Motion To Request Clarification And Motion For Extension Of Time* on the date indicated in the following manner:

(Via Facsimile and Via First Class Mail)
Alan Burch
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

(Via Facsimile and Via First Class Mail)
Joe Sher
USDOJ Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(p)703-299-3747
(f) 703-299-3983

_____       __8/4/2006__
Raquel Y. Gordon, Pro Se                Date